US00D649987S

(12) **United States Design Patent**    (10) **Patent No.:**    **US D649,987 S**
Dunnahoe        (45) **Date of Patent:**   **   **Dec. 6, 2011**

(54) **CARBIDE CHIP**

(76) Inventor: **Duane C. Dunnahoe**, New Iberia, LA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/348,751**

(22) Filed: **Feb. 4, 2010**

(51) **LOC (9) Cl.** ............................................ **15-09**
(52) **U.S. Cl.** .................................................. **D15/139**
(58) **Field of Classification Search** ............... D8/70;
          D15/138, 139; 407/42, 112–119
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,727,410 | A * | 2/1988 | Higgins, III | 257/700 |
| 5,681,189 | A * | 10/1997 | Dunham | 439/738 |
| D571,851 | S * | 6/2008 | Myers | D17/22 |
| D600,541 | S * | 9/2009 | Steppat et al. | D8/380 |
| D603,433 | S * | 11/2009 | Zastrozynski | D15/139 |
| D640,716 | S * | 6/2011 | Takahashi et al. | D15/139 |
| 2003/0039519 | A1 * | 2/2003 | Scherbarth | 407/113 |

* cited by examiner

*Primary Examiner* — Patricia Palasik
(74) *Attorney, Agent, or Firm* — Ted M. Anthony

(57)            **CLAIM**

The ornamental design for a carbide chip, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a carbide chip of the present invention.
FIG. **2** is a rear perspective view of a carbide chip depicted in FIG. 1.
FIG. **3** is a front elevation view of a carbide chip depicted in FIGS. 1 through 2.
FIG. **4** is a side elevation view of a carbide chip depicted in FIGS. 1 through 3.
FIG. **5** is a rear elevation view of a carbide chip depicted in FIGS. 1 through 4.
FIG. **6** is a side sectional view of a carbide chip depicted along line 6-6 of FIG. 3.
FIG. **7** is a perspective view of a carbide chip with a plurality of carbide chips of the present invention disposed on a mill shown in broken lines forming no part of the claimed design.
FIG. **8** is a perspective view of a carbide chip with a plurality of carbide chips of the present invention joined in a honeycomb configuration shown in broken lines forming no part of the claimed design.
FIG. **9** is a rear elevation view of a carbide chip with a plurality of carbide chips shown in broken lines forming no part of the claimed design depicted in FIG. 8; and,
FIG. **10** is a rear perspective view of a carbide chip with a plurality of carbide chips shown in broken lines forming no part of the claimed design depicted in FIGS. 8 and 9.
The present invention is a carbide chip used on down-hole tools including, without limitation, mills.

**1 Claim, 2 Drawing Sheets**





EXHIBIT "A"

U.S. Patent       Dec. 6, 2011       Sheet 1 of 2       US D649,987 S



_Fig. 1_



_Fig. 2_



_Fig. 3_



_Fig. 4_



_Fig. 6_



_Fig. 5_



*Fig. 7*



*Fig. 8*



*Fig. 9*



*Fig. 10*

US00D656167S

(12) **United States Design Patent**
    Dunnahoe

(10) Patent No.: **US D656,167 S**
(45) Date of Patent: ** **Mar. 20, 2012**

(54) **MILL**

(76) Inventor: **Duane C. Dunnahoe**, New Iberia, LA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/374,401**

(22) Filed: **Aug. 8, 2011**

(51) LOC (9) Cl. ................................................. **15-09**
(52) U.S. Cl. ..................................... **D15/139**; D15/131
(58) Field of Classification Search ...................... D8/70;
        D15/131, 132, 138, 139; 407/25, 30, 34–39,
        407/43, 48, 53, 55, 56, 61, 97–100, 113,
        407/114; 408/56, 59, 204, 206, 207, 240
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,050,840 | A | * | 9/1977 | Skingle ........................ 408/144 |
| 4,076,445 | A | * | 2/1978 | Kress et al. ................... 408/226 |
| 5,071,292 | A | * | 12/1991 | Satran ......................... 407/116 |
| D382,887 | S | * | 8/1997 | Hollar et al. ................. D15/139 |
| D400,547 | S | * | 11/1998 | Albrektsson et al. ......... D15/139 |
| D454,143 | S | * | 3/2002 | Åsberg ......................... D15/139 |
| D508,061 | S | * | 8/2005 | Kotala ......................... D15/138 |
| 6,942,433 | B2 | * | 9/2005 | Schleinkofer et al. ......... 407/42 |

| | | | | |
|---|---|---|---|---|
| D525,634 | S | * | 7/2006 | Kotala .......................... D15/138 |
| D526,669 | S | * | 8/2006 | McCoppin ...................... D15/139 |
| D541,320 | S | * | 4/2007 | Sjoo et al. ..................... D15/139 |
| D570,886 | S | * | 6/2008 | Chiang ......................... D15/139 |
| D620,034 | S | * | 7/2010 | Sjoo ............................. D15/139 |

* cited by examiner

*Primary Examiner* — Patricia Palasik
(74) *Attorney, Agent, or Firm* — Ted M. Anthony

(57) **CLAIM**

The ornamental design for a mill, as shown and described.

**DESCRIPTION**

FIG. **1** is a bottom perspective view of a mill of the present invention.
FIG. **2** is an overhead perspective view of a mill depicted in FIG. **1**.
FIG. **3** is a side elevation view of a mill depicted in FIGS. **1** through **2**.
FIG. **4** is a side elevation view of a mill depicted in FIGS. **1** through **3**.
FIG. **5** is an overhead view of a mill depicted in FIGS. **1** though **4**; and,
FIG. **6** is an overhead view of a mill depicted in FIGS. **1** though **5**.

**1 Claim, 3 Drawing Sheets**







EXHIBIT
"B"



*Fig. 1*



*Fig. 2*



*Fig. 3*



*Fig. 4*



*Fig. 5*



*Fig. 6*



EXHIBIT
"C"
IN GLOBO







**EXHIBIT**

**"D"**





